B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chicago Construction Specialties, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Chi Con** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-0369411** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2225 Seaver Lane**<br>**Schaumburg, IL**<br><div align="right">ZIP Code<br>**60194**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chicago Construction Specialties, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chicago Construction Specialties, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Bruce Dopke**
_____
Signature of Attorney for Debtor(s)

**Bruce Dopke 3127052**
_____
Printed Name of Attorney for Debtor(s)

**Bruce Dopke, Attorney at Law**
_____
Firm Name
**P.O. Box 681246**
**Schaumburg, IL 60168-1246**

_____
Address

**Email: bruce@dopkelaw.com**
**847-524-4811  Fax: 847-524-4131**
_____
Telephone Number

**August  5, 2013**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Edith Alcala**
_____
Signature of Authorized Individual

**Edith Alcala**
_____
Printed Name of Authorized Individual

**VP - Wind Up**
_____
Title of Authorized Individual

**August  5, 2013**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Chicago Construction Specialties, Inc.**

Debtor(s)

Case No.

Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Allied Waste #710**<br>**PO Box 9000154**<br>**Louisville, KY 40290** | **Allied Waste #710**<br>**PO Box 9000154**<br>**Louisville, KY 40290** | **Waste Hauling** | | **2,149.53** |
| **Allied Waste #721**<br>**PO Box 9000154**<br>**Louisville, KY 40290** | **Allied Waste #721**<br>**PO Box 9000154**<br>**Louisville, KY 40290** | **Waste hauling** | | **3,937.50** |
| **Armando Alcala**<br>**2225 Seaver Lane**<br>**Schaumburg, IL 60194** | **Armando Alcala**<br>**2225 Seaver Lane**<br>**Schaumburg, IL 60194** | **Shareholder loan to corporation** | | **56,551.00** |
| **Chase Bank USA**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **Chase Bank USA**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **Charges for business use.** | | **7,538.30** |
| **Chase Bank USA**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **Chase Bank USA**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | **Charges for business use.** | | **7,446.05** |
| **Department of Treasury**<br>**Centralized Insolvency**<br>**Operations**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | **Department of Treasury**<br>**Centralized Insolvency Operations**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | **941 Federal income tax withholding ($11,102.00), employee Medicare ($1,271.76), FICA employee ($5,435.85), Medicare company ($1,271.76) and FICA emplo** | **Disputed** | **24,519.15** |
| **Gallagher Lieb Moroni &**<br>**Associates**<br>**200 W. Higgins Road**<br>**Suite 326**<br>**Schaumburg, IL 60195** | **Gallagher Lieb Moroni & Associates**<br>**200 W. Higgins Road**<br>**Suite 326**<br>**Schaumburg, IL 60195** | **Accounting SErvices** | | **6,425.00** |
| **Illinois Department of**<br>**Revenue**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** | **Illinois Department of Revenue**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** | **941 - withholding state income tax** | **Disputed** | **4,201.66** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Chicago Construction Specialties, Inc.**                    Case No. _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Illinois Department of Revenue**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** | **Illinois Department of Revenue**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** | **940 unemployment contributions** | **Disputed** | **15,177.26** |
| **Impression Cleaning Service, Inc.**<br>**1697 Imperial Court**<br>**Mount Prospect, IL 60056** | **Impression Cleaning Service, Inc.**<br>**1697 Imperial Court**<br>**Mount Prospect, IL 60056** | **Potential intercompany claim.** | | **152,119.03** |
| **Independent Recycling Services**<br>**2401 S. Laflin Street**<br>**Chicago, IL 60608** | **Independent Recycling Services**<br>**2401 S. Laflin Street**<br>**Chicago, IL 60608** | **Charges for business use. Recycling.** | | **37,970.69** |
| **Joseph M. Wiedemann & Sons**<br>**505 E. Golf Road**<br>**Arlington Heights, IL 60005** | **Joseph M. Wiedemann & Sons**<br>**505 E. Golf Road**<br>**Arlington Heights, IL 60005** | **Insurance services** | | **35,022.00** |
| **Kelley Kelley & Kelley**<br>**1535 W. Schaumburg Road**<br>**Schaumburg, IL 60194** | **Kelley Kelley & Kelley**<br>**1535 W. Schaumburg Road**<br>**Schaumburg, IL 60194** | **Legal Services** | | **4,315.00** |
| **Laborers' Pension  Fund, et al.**<br>**11465 Cermak Road**<br>**Westchester, IL 60154** | **Laborers' Pension  Fund, et al.**<br>**11465 Cermak Road**<br>**Westchester, IL 60154** | **Judgment in case 13-cv-2463 with two other plaintiffs; an undetermined portion of debt may be entitled to priority, and that allocation is not agreed** | **Disputed** | **248,955.70** |
| **Occupational Training & Supply**<br>**7233 Adams Street**<br>**Willowbrook, IL 60527** | **Occupational Training & Supply**<br>**7233 Adams Street**<br>**Willowbrook, IL 60527** | **Supplies** | | **1,653.55** |
| **Secura Insurance Co.**<br>**PO Box 819**<br>**Appleton, WI 54912** | **Secura Insurance Co.**<br>**PO Box 819**<br>**Appleton, WI 54912** | **Insurance.** | | **26,647.15** |
| **Sunbelt Rentals**<br>**PO Box 409211**<br>**Atlanta, GA 30384** | **Sunbelt Rentals**<br>**PO Box 409211**<br>**Atlanta, GA 30384** | **Equipment rental.** | | **4,966.34** |
| **US Bank**<br>**P.O. Box 9487**<br>**Minneapolis, MN 55440-9487** | **US Bank**<br>**P.O. Box 9487**<br>**Minneapolis, MN 55440-9487** | **Charges for business use.** | | **5,678.53** |
| **Waste Management**<br>**PO Box 4648**<br>**Carol Stream, IL 60197** | **Waste Management**<br>**PO Box 4648**<br>**Carol Stream, IL 60197** | **Disposal services.** | | **1,145.42** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Chicago Construction Specialties, Inc.**                           Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **White Cap Construction Supply**<br>**1000 Elmhurst Road**<br>**Elk Grove Village, IL 60007** | **White Cap Construction Supply**<br>**1000 Elmhurst Road**<br>**Elk Grove Village, IL 60007** | **Construction Supplies.** | | **3,979.45** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

          I, the VP - Wind Up of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **August  5, 2013**                              Signature   **/s/ Edith Alcala**
                                                                     **Edith Alcala**
                                                                     **VP - Wind Up**


          *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                        18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Chicago Construction Specialties, Inc.** _____ ,   Case No. _____

Debtor   Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Armando Alcala**<br>**2225 Seavers Lane**<br>**Schaumburg, IL 60194** | **common** | **100%** | **shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the VP - Wind Up of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**August  5, 2013**_____   Signature  **/s/ Edith Alcala**_____
**Edith Alcala**
**VP - Wind Up**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Chicago Construction Specialties, Inc.**

                       Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:           **193**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **August  5, 2013**

**/s/ Edith Alcala**

**Edith Alcala/VP - Wind Up**
Signer/Title

### Disclosures Required by 11 U.S.C. §1116

The Debtor's last financial statements, current through June 30, 2013, and 2012 federal income tax return has been filed separately from the petition, using the "small business financial statements" and "tax return" utility employed by the ECF system.

ACS
3330 University Avenue
Suite 200
Madison, WI 53705-2167


Adalberto Hulzar
197 Water Ford Drive
Round Lake, IL 60073


Addison Building Materials
3201 S. Busse Road
Arlington Heights, IL 60005


ADP
PO Box 9001006
Louisville, KY 40290


Adrian Garcia
648 Green Street #316
Bensenville, IL 60106


Adriana Coronel
6361 W. Addison, Apt. G
Chicago, IL 60634


Airgas
1601 Nicholas Blvd
Elk Grove Village, IL 60007


Alberto Flores
930 Irving Park Road, Apt. 2B
Bensenville, IL 60106


Alejandro Castillo
1507 E. Rosita Drive
Palatine, IL 60074


Alejandro Ramierez
408 Oak St.
Des Plaines, IL 60016


Alex Romero Sierra
3650 W. Altgeld
Chicago, IL 60647

Alfonzo Terriquez
5040 W. 31st Street
Cicero, IL 60804


Allied Waste #710
PO Box 9000154
Louisville, KY 40290


Allied Waste #721
PO Box 9000154
Louisville, KY 40290


Ally Finance
PO Box 380903
Minneapolis, MN 55438-0903


Alonso Morales
1076 Irving Park Road
Bensenville, IL 60106


Alvaro Huizar
1270 Regent Drive
Mundelein, IL 60060


American Express
Box 0001
Los Angeles, CA 90096-0001


Ana B. Medina
643 N. Iowa Ave
Villa Park, IL 60181


Angel Miranda
710 N. 4th
Maywood, IL 60153


Angel R. Miranda
710 N. 4th
Maywood, IL 60153


Angelica Garcia
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605

Angelica Garcia
413 Ctalpa Ave., Apt. B
Wood Dale, IL 60191


Anita Coronel
1101 Arlington Court
Hanover Park, IL 60133


Anita Coronel
5530 Celebrity Drive
Hanover Park, IL 60133


Arber Qendro
4133 N. Mamora Ave
Chicago, IL 60634


Armando Alcala
2225 Seaver Lane
Schaumburg, IL 60194


Arturo Herrera
7500 Elmhurst Road L Q
Des Plaines, IL 60018


ATL First Aid, Inc.
5250 Grand Avenue
Suite 14 #327
Gurnee, IL 60031


Balerio Santos Perez
1072 W. Irving Park Rd., Apt. 1B
Bensenville, IL 60106


Beatriz Omelas
409 Catalpa Ave.
Wood Dale, IL 60191


Ben Hae Choi
841 N. York Road #314
Elmhurst, IL 60126


Berglund Construction Co
8410 S. Chicago Avenue
Chicago, IL 60617

Bill Jacobs Joliet LLC
2001 W. Jefferson
Joliet, IL 60435


Blue Cross & Blue Shield
25550 Network Place
Chicago, IL 60673


Bottle Free Water
355 E. Geneva Road
# 363
Carol Stream, IL 60188


Catarino Huizar
428 Center Lane
Round Lake, IL 60073


Central Laborers' Pension, Welfare
& Annuity Funds
PO Box 1267
Jacksonville, IL 62651


Chase Bank USA
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Christian Villegas
1018 N. 22nd Ave
Melrose Park, IL 60160


Christina Krivanek
Office of Fund Counsel
111 W. Jackson Blvd.
Chicago, IL 60604


City of Rolling Meadows
Photo Enforcement-Traffic Violation
3600 Kirchoff Road
Rolling Meadows, IL 60008


CMIT Solutions of Chicagoland North
825 S. Waukegan Road
A8
Lake Forest, IL 60045

Construction & General Laborers'
District Council of Chicago
999 McClintock Drive, Ste. 300
Willowbrook, IL 60527


Cynthia Omelas
682 Zachary Drive
Romeoville, IL 60446


David Diaz
1080 S. Judson Street
Bensenville, IL 60106


David Garcia
1627 S. Ruble
Chicago, IL 60616


David Trevino
6413 26th St.
Berwyn, IL 60402


De Lage Landen Fin Serv
1111 Old Eagle School Road
Wayne, PA 19087


Delfina La Cruz
229 E. Pine Ave
Bensenville, IL 60106


Department of Treasury
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Derek Smith
2621 Arbor Drive
McHenry, IL 60050


Diego Demetrio
24 S. Addison St.
Bensenville, IL 60106


Donato Vaccaro
3041 Lincoln St.
Franklin Park, IL 60131

Edgar Garcia
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605


Edgar Garcia
413 Catalpa Ave., Apt. B
Wood Dale, IL 60191


Edith Alcala
2225 Seaver Lane
Schaumburg, IL 60194


Edith Alcala
2225 Seaver Lane
Hoffman Estates, IL 60169


Efren Alvarado
222 N. Cornell Ave.
Villa Park, IL 60181


Eliverio Carrera
415 Barron Street
Bensenville, IL 60106


Elizabeth Silva
1064 W. Irving Park Road
Bensenville, IL 60106


Elmer Garcia
1072 W. Irving Park Road Apt 1B
Bensenville, IL 60106


Elmhurst Memorial OCC Health Serv
230 East Irving Park Road
Wood Dale, IL 60191


Endrit Cela
4515 N. Narragansett
Chicago, IL 60630


Enrique Del Carmen
168 Martha Street
Bensenville, IL 60106

Epifanio Soria
3120 Monroe Street
Bellwood, IL 60104


FedEx Corporation
US Collections Department
PO Box 94515
Palatine, IL 60094-4515


Flood Brothers
PO Box 4560
Carol Stream, IL 60197


Gabriela Nunez
130 W. Wrightwood Avenue
Glendale Heights, IL 60139


Gallagher Lieb Moroni & Associates
200 W. Higgins Road
Suite 326
Schaumburg, IL 60195


Gallant Construction Co., Inc.
345 Memorial Drive, Suite B
Crystal Lake, IL 60014


Genoveva Cruz
1066 W. Irving Park Road
Bensenville, IL 60106


Gerardo Gonzalez
233 S. Marlon St.
Bensenville, IL 60106


Gladis Garcia
1066 Irving Park Road
Bensenville, IL 60106


Godofredo Balderrama
108 Eastview Ave, Apt GC
Bensenville, IL 60106


Guadalupe Mondragon
1121 Birch Drive, Apt. 6
Elgin, IL 60120

Guillermina Rodriguez
27 King Arthur Court Apt. 20B
Northlake, IL 60164


Gustavo Cobarrubias
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605


Gustavo Covarrubias
27 King Arthur Ct, Apt. 10
Melrose Park, IL 60164


HACIA
901 W. Jackson Blvd.
Suite 205
Chicago, IL 60607


Hitachi Capital America Corp.
800 Connecticutt Avenue
Norwalk, CT 06854


Home Depot Credit Services
Dept -8428
PO Box 183175
Columbus, OH 43218


Hugo Alverado
3871 Ivanhoe
Schiller Park, IL 60176


Humberto Iribarren
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605


Humberto Iribarren
1018 N. 22nd Ave
Melrose Park, IL 60160


Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338

Image Systems & Bus. Solutions
1776 Commerce Drive
Elk Grove Village, IL 60007


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Independent Recycling Services
2401 S. Laflin Street
Chicago, IL 60608


Innovatech
832 80th Street SW
Everett, WA 98203


Internal Revenue Service
200 W. Adams
Chicago, IL 60606


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Isabel Benitez
1001 Ferrari Drive, Apt 1B
Bensenville, IL 60106


Isabel Teran
1001 Ferrari Drive # 1B
Bensenville, IL 60106


Isaias A. Martinez
1528 N. 23rd Ave., Apt. 1
Melrose Park, IL 60160


Isaias Martinez
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605


James A. Stevens, Esq.
Baker Bloomberg & Assoc, LLC
20501 Katy Freeway, Ste 212
Katy, TX 77450

James Hilgers
1004 N. Plum Grove, Apt. 116
Schaumburg, IL 60173


James S. Jorgensen, Administrator
11465 Cermak Road
Westchester, IL 60154


JC Anderson, Inc.
834 N. Church Road
Elmhurst, IL 60126


Jeffry Combs
11216 264th Ave.
Trevor, WI 53179


Jesus Vega
3611 1/2 S. Lombard Ave.
Cicero, IL 60804


Jesus Velazquez
111 Mason Street
Bensenville, IL 60106


Jeyner Leyva
1008 Argyle St., Apt 12A
Bensenville, IL 60106


Joel Infante
1550 N. 40th St.
Stone Park, IL 60165


John J. Saenz
26 King Arthur Court, Apt. 14
Melrose Park, IL 60160


Jose Celleri
2638 Scott Street
Des Plaines, IL 60018


Jose D. Fejerang, Jr.
5037 N. Mango
Chicago, IL 60630

Jose L. Troncoso
1530 23th Ave., Apt. 2nd Floor
Melrose Park, IL 60160


Jose Mendoza
1020 W. Hillside Drive
Bensenville, IL 60106


Jose Rodriguez
2150 W. Devon
Chicago, IL 60659


Jose Tamayo
2332 N. Moody Ave.
Chicago, IL 60639


Jose Vega
3611 1/2 S. Lombard
Cicero, IL 60804


Joseph M. Wiedemann & Sons
505 E. Golf Road
Arlington Heights, IL 60005


JP Morgan Chase Bank, N.A.
OH2-5170
50 S. Main St., 9th Floor
Akron, OH 44308


Juan Davish
1218 S. 51st Ave.
Cicero, IL 60804


Julio Rosales
1076 W. Irving Park Road
Bensenville, IL 60106


Justino Diego
1080 Judson Street, Apt. 1
Bensenville, IL 60106


Kelley Kelley & Kelley
1535 W. Schaumburg Road
Schaumburg, IL 60194

Laborers Welfare Fund of the Health
& Welfare Dept. of the Constr. etc.
11465 Cermak Road
Westchester, IL 60154


Laborers' Pension  Fund, et al.
11465 Cermak Road
Westchester, IL 60154


Leopardo Companies, Inc.
333 W. Wacker Drive, Ste 250
Chicago, IL 60606


Lilliana P. Aguilar
65 Andover Drive
Roselle, IL 60172


Litgen Concrete Cutting
1020 Nerge Road
Elk Grove Village, IL 60007


Lorenzo Cervantes
2651 Debbie Court
Joliet, IL 60435


Luis F. Amorocho
359 W. Carriage Lane
Bensenville, IL 60106


Macgyver Perez
950 W. Irving Park Rd.
Bensenville, IL 60106


Mackey Building Corporation
1691 Imperial Court
Mount Prospect, IL 60056


Marcelino Andrade
216 Rose
Bensenville, IL 60106


Marco Garcia
635 N. Meadows
Addison, IL 60101

Maria Diaz
1407 N. Broadway
Melrose Park, IL 60160

Maria E. Munoz
1218 S. 51st Ave
Cicero, IL 60804

Maria Elsa Munoz
1218 S. 51st Ave.
Cicero, IL 60804

Maria Fernandez
2332 N. Moody Ave.
Chicago, IL 60639

Maria Garcia
162 W. Irving Park Road Apt 1B
Bensenville, IL 60106

Mario Lopez
1062 W. Irving Park Road, Apt. 1B
Bensenville, IL 60106

Mario Perez
1617 Woodridge Road
Round Lake, IL 60073

Mark A. Potter
33255 N. Valley View Drive
Grayslake, IL 60030

Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

Martin A. Arnaud
733 Dulles Road, 3rd Fl. E
Des Plaines, IL 60016

Martin Bueno
126 6th Ave.
Bartlett, IL 60103

Martin Velazquez
1101 Arlington
Hanover Park, IL 60133


Marto Lopez
1062 W. Irving Park Road, Apt. 1B
Bensenville, IL 60106


Marvin Cano
1009 Medina St.
Bensenville, IL 60106


Matthew Hagen
144 Laurie Lane
Oswego, IL 60543


Mayra Nunez
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605


Mayra Nunez
1430 S. Clarence
Berwyn, IL 60402


Michael E. O'Hare
1400 Holland Place
Downers Grove, IL 60515


Midwest Insurance Agency
975 W. Hawthorn Drive
Itasca, IL 60143


Milestone Equipment & Supplies, LLC
224 David Drive
Streamwood, IL 60107


Milton E. Fonseca
6015 W Warwick
Chicago, IL 60634


Monica Esquivel
1060 W. Irving Park Road, Apt. 1B
Bensenville, IL 60106

Occupational Training & Supply
7233 Adams Street
Willowbrook, IL 60527


Octavio Diego Benitez
1120 Judson St., Apt. 2A
Bensenville, IL 60106


Osmin Mendiluse
5340 W. 24th Place
Cicero, IL 60804


Otilia Mena
1430 S. Clarence Ave.
Berwyn, IL 60402


Pedro Cano Herrera
1072 W. Irving Park Road
Bensenville, IL 60106


Pedro Mazariegos
1008 Argyle Street, #12A
Bensenville, IL 60106


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Rafael Cervantes
3758 W. 55th Street, Apt. 2
Chicago, IL 60632


Ramon Magallanes
435 Raymond Street
Elgin, IL 60120


Randall Industries
741 S. Rte. 83
Elmhurst, IL 60126


Reed Construction
600 W. Jackson Blvd.
Suite 500
Chicago, IL 60661

Reynaldo Silva
473 S. Cleveland Ave.
Bourbonnais, IL 60914


Ricardo Navarro
1407 S. 48th Ct.
Cicero, IL 60804


Ricardo Texta
537 S. Adeline Ave
Addison, IL 60101


Robert F. Rabin
Thompson Coburn LLP
55 E. Monroe Street, 37th Floor
Chicago, IL 60603


Romolo & Associates
1700 W. Luthy Drive
Peoria, IL 61615


Ruth A. Kronvold
85 Pleasant Street
Hoffman Estates, IL 60169


Ryan McKenna
11805 Coquille Drive
Frankfort, IL 60423


Sanford Kahn, Ltd.
180 N. LaSalle Street
Suite 2025
Chicago, IL 60601


Secura Insurance Co.
PO Box 819
Appleton, WI 54912


Sergio Mata
1701 W. Magnolia Lane
Mount Prospect, IL 60056


Sprint
PO Box 4181
Carol Stream, IL 60197

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

Susquehanna Commercial Fin
2 Country View Road, Ste. 300
Malvern, PA 19355

TD Auto Finance
PO Box 9001921
Louisville, KY 40290

Teofilio Coronel
1101 Arlington Ct.
Hanover Park, IL 60133

The Construction & General
Laborers' Dist Counsel of Chicago
11465 Cermak Road
Westchester, IL 60154

Turner Construction
55 E. Monroe Street
Suite 3100
Chicago, IL 60603

US Bank
P.O. Box 9487
Minneapolis, MN 55440-9487

Venancio Organista
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605

Venancio Organista
479 W. Hillside, Apt. 3
Bensenville, IL 60106

Viceente Benitez
1407 N. Broadway
Melrose Park, IL 60160

Village of Mount Prospect
PO Box 4297
Carol Stream, IL 60197


Vincentzo L. Arnaud
2291 S. Lexington Drive
Mount Prospect, IL 60056


Virgilio Martinez
455 N. Worth Ave.
Elgin, IL 60120


Walsh Construction
929 W. Adams
Chicago, IL 60607


Warehouse Direct
2001 S. Mount Prospect Road
Carol Stream, IL 60197


Waste Management
PO Box 4648
Carol Stream, IL 60197


Wessels Sherman Joerg Liszka
Laverty Seneczko, PC
20 N. Clark St., Ste 1250
Chicago, IL 60602


White Cap Construction Supply
1000 Elmhurst Road
Elk Grove Village, IL 60007


Zuidany Cortez
2521 S. 11th Ave
Broadview, IL 60155