IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | Case No.: 13-31265 |
| CHICAGO CONSTRUCTION | § | |
| SPECIALTIES, INC., | § | |
| | § | Hearing: June 18, 2014 |
| | § | 10:30  a.m. |
| Debtor. | § | |
| | § | Hon. Timothy A. Barnes |

**SUPPLEMENT TO MOTION OF BRUCE DOPKE FOR ALLOWANCE
OF FINAL COMPENSATION AND REIMBURSEMENT OF
COSTS AND EXPENSES FOR HIS SERVICE AS
COUNSEL TO THE DEBTOR**

Applicant Bruce Dopke, counsel to Chicago Construction Specialties, Inc., debtor and

debtor-in-possession in this case (the "Debtor") files this supplement (the "Supplement") to his

earlier-filed motion (the "Motion") for entry of an order which allows Mr. Dopke final

compensation and reimbursement of costs and expenses for his services to the Debtor during the

time period of August 5, 2013 through June 18, 2014 under 11 U.S.C. §330 (said Motion was

docketed as Doc. 115).  In support of the Supplement and the Motion, Mr. Dopke respectfully

represents as follows.

1.      The Debtor filed a voluntary chapter 11 petition in this judicial district and

division on August 5, 2013.

2.      As this case was filed as a small business bankruptcy case, no committee of

unsecured creditors has been, or will likely be, appointed in this case.

3.      The Motion, which was filed with the Court on May 28, 2014, requested final

allowances of the time and cost charges which Mr. Dopke incurred through the date of filing of

-1-

that Motion, as well as allowances for such time and cost charges which Mr. Dopke may incur

after the filing of the Motion and the date that the Motion was heard.

4.      Exhibit 1 attached hereto itemizes the time charges ($2,370.00, for 7.9 hours of

legal work) and costs ($27.45) incurred by Mr. Dopke between May 28 and June 18, 2014.

5.      Consistent with the prayer of the Motion, Mr. Dopke asks that the Court grant

him final allowance of the additional fee and cost charges which are itemized in Exhibit 1 hereto.

WHEREFORE, Bruce Dopke requests that the Court enter an order which a) grants Mr.

Dopke final compensation and reimbursement of expenses in the amount set forth in his Motion

(Doc. 115), as supplemented by this Motion, as the Court deems appropriate; and b) grants such

further and additional relief to Mr. Dopke as the Court deems just.

Dated: June 17, 2014                    CHICAGO CONSTRUCTION SPECIALTIES,
                                        INC., Debtor and Debtor In Possession


                                By:     /s/ Bruce Dopke
                                        General bankruptcy counsel for the Debtor


Bruce Dopke
P.O. Box 681246
Schaumburg, IL 60168-1246
Tel:    847-524-4811
Fax:    847-524-4131
email: bruce@dopkelaw.com
ARDC: 3127052

-2-

Exhibit 1
Charges After May 28, 2014
Chicago Construction Specialties, Inc. - Chapter 11

Codes:

AD      Administration of the Case
AR      Collection of Accounts Receivable
AR1     JC Anderson
AR2     Pepper Construction
AR3     Leopardo Companies
AR4     Bear Construction
AR5     FH Paschen, SN Neilsen
AR6     Midland Frantz
AR7     Interior Alterations
AR8     Bulley & Andrews
AR9     Gallant Construction
AR10    Krause Construction
AR11    WE O'Neil

BAR     Bar Date, and responding to claims deadlinesc
CBA     Collective Bargaining Agreement
COM     Communications with Parties in Interest
CT      Court Appearances
EMP     Employment of Professionals
EXL     Exclusivity (to file Plan)
SCL     Secured Claims

OB1     Objection to IRS Claim
OB2     Objection to Nunez/Impression claims

PCL     Priority Claims
PD      Plan/Disclosure Statement
TAX     Tax Claims
UCL     Unsecured Claims
EXC     Executory Contracts
SCH     Schedules/Statement of Financial Affairs

| Date | Time | Code | Description |
|------|------|------|-------------|
| 6/2 | .3 | AD | Telephone call to Mrs. Alcala to discuss the remaining accounts receivable, the confirmation hearing, her affidavit in support of confirmation and the other tasks which are before us. |
| 6/4 | .2 | CBA | Draft an email to Ms. Krivanek re:  the ETA of the Funds' rejection claim, and three other matters. |

Exhibit 1 to Fee Supplement
Charges after May 28, 2014
Page 2

| Date | Time | Code | Description |
|------|------|------|-------------|
| 6/4 | .7 | AR11 | Draft the motion for approval of the O'Neil settlement, and the related notice and order (.6); cause the motion to be electronically filed (no charge for this); draft an email to Mr. Hornaday, transmitting copies of the motion and related documents, and responding to his questions about the timing of the exchange of checks and the forms of the releases (.1). |
| 6/5 | .3 | AR1 | Telephone call with E. Alcala re:  Novak (.1); reply to Ms. Krivanek's email concerning the rejection claim and Berglund (.1), and then immediately place a call to Berglund's VP, Mr. Geshwender (leaving a message) which we then followed up with an email to Ms. Krivanek (.1). |
| 6/9 | n/c | AR11 | Briefly reply (by email) to Mr. Hornady's inquiry about the signature page signed by the Debtor (*no charge for this*). |
| 6/12 | .5 | PD | Telephone call with Ms. Krivenak to touch base on several open issues, including the amount of the claim to be used for balloting purposes, which in turn is affected by whether the rejection claim of the Funds is subject to the construction industry exception.  Also discuss the Bulley & Andrews payment and the Berglund receivable (.1); telephone calls to and from A. Avyala to answer his question about the Class 1-B ballots (.1); second call from C. Krivanek, with a question of which components of the Funds' claim will go into the Class 1-A ballot, and related questions (.1); telephone call with E. Alcala re:  developments with the Funds' claim and logistical concerns with the confirmation hearing (.2). |
| 6/13 | .2 | OPS | Prepare the May 2014 operating report. |
| 6/13 | 2.1 | PD | Review the amended claim 20 filed by the Funds, and check the authority on the allowance of post-petition attorney fees under section 506(b) (.3); revise the payment spreadsheet, to take into effect the amounts recently received and the adjustments to the Funds' claim, so as to provide a physical exhibit which more accurately projects the estate's sources and uses of cash (and the unsecured dividend) as of the July 15, 2014 projected initial distribution date (.5); prepare a draft affidavit for Mrs. Alcala's signature (1.2); transmit the affidavit to Ms. Alcala for her review and signature (.1). |
| 6/15 | 1.0 | PD | Tally the votes and complete the "Section 1126 Balloting Report" (.3); prepare the report required by Local Rule 3018-1 (.7); cause the Report to be electronically filed (no charge for this). |

Exhibit 1 to Fee Supplement
Charges after May 28, 2014
Page 3

| Date | Time | Code | Description |
|------|------|------|-------------|
| 6/16 | .4 | PD | Telephone call with Mrs. Alcala to discuss her comments on the affidavit and the attached exhibit (.3); after implementing the changes to both documents (.1), draft an email to Mrs. Alcala transmitting a revised copy of both documents (***no charge for this***); draft a notice of filing for the affidavit (.1); cause the documents to be electronically filed (***no charge for this***). |
| 6/17 | 1.2 | PD | Draft the content for a confirmation order (1.1); draft a proposed order combined with notice of confirmation of the Plan (.1). |
| 6/18 | 1.0 | CT | Appear at the confirmation hearing in the case. |

Hours:  7.9 @ $300.00                                                    $   2,370.00

Costs:

       Copy expense, for 9 "hard" service copies of the motion
to compromise with W.E. O'Neil, 144 pages @ $.09
incurred on June 4, 2014                                              $        12.96

       Postage, first class for service copies of the motion to
settle with W.E.O'Neil, mailed on June 4, 2014
9 flats.                                                                  $        14.49

Total Costs:                                                            $        27.45

Total Due:                                                              $   2,397.45