IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | Case No.: 13-31265 |
| CHICAGO CONSTRUCTION | § | |
| SPECIALTIES, INC., | § | |
| | § | Hearing: September 24, 2014 |
| | § | 10:30 a.m. |
| Debtor. | § | |
| | § | Hon. Timothy A. Barnes |

## NOTICE OF MOTION FOR ENTRY OF A FINAL DECREE

Please take notice that on Wednesday, September 24, 2014, at 10:30 a.m., we will appear before the Honorable Timothy A. Barnes, Judge of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Courtroom 613, Chicago, IL 60604, or such other judge as may be sitting in Judge Barnes' place and stead, and then and there present the Debtor's "Motion For Entry Of A Final Decree," a copy of which is attached hereto and is hereby served upon you.

Dated: September 17, 2014         CHICAGO CONSTRUCTION SPECIALTIES,
                                  INC., Debtor and Debtor In Possession


                         By:   /s/ Bruce Dopke
                               Counsel for the Debtor

## CERTIFICATE OF SERVICE

I, Bruce Dopke, an attorney, hereby certify that I caused to be served a complete and accurate copy of the attached **Notice of Motion** and the document referred to therein by causing a copy of the same to sent: (a) electronically and through the Court's electronic delivery system, to those persons who are registered to receive electronic service of process in this case as indicated below, and (b) by first class US Mail to the Debtor, at 2225 Seaver Lane, Hoffman Estates, IL 60169, in either case sent or initiated before 5:00 p.m. Central Time on this 17th day of September, 2014.

/s/ Bruce Dopke

Bruce Dopke
P.O. Box 681246
Schaumburg, IL 60168-1246
Tel:   847-524-4811
Fax:   847-524-4131
email: bruce@dopkelaw.com
ARDC: 3127052


*Electronic Notice:*

**Roman L. Sukley, Esq**.   Roman.L.Sukley@usdoj.gov
representing: Office of the United States Trustee

**Christina Katherine Krivanek, Esq.**   christinak@chilpwf.com
representing:  Laborers' Pension Fund, et al.

**Yolanda Carrillo, Esq.**   ycarrillo@workinghandslegalclinic.org
representing:   Gustavo Covarrubias, Humberto Iribarren, Isais Martinez, Angelica Garcia, Mayra
Nunez, Edgar Garcia and Venancio Organista

**Michael Prousis, Esq.**   mprousi@ides.state.il.us
representing:   Illinois Department of Employment Security

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | Case No.: 13-31265 |
| CHICAGO CONSTRUCTION | § | |
| SPECIALTIES, INC., | § | |
| | § | Hearing: September 24, 2014 |
| | § | 10:30 a.m. |
| Debtor. | § | |
| | § | Hon. Timothy A. Barnes |

**MOTION FOR ENTRY OF A FINAL DECREE**

Chicago Construction Specialties, Inc., debtor and debtor in possession herein (the "Debtor"), moves the Court to enter a final decree in this case, and in support of that motion, respectfully states as follows.

1. The Debtor filed a voluntary chapter 11 petition in this judicial district and division on August 5, 2013.

2. As this case was filed as a small business bankruptcy case, no committee of unsecured creditors was appointed in this case.

3. The Court entered an order on June 20, 2014 (Doc. 148) which confirmed the Debtor's Plan of Liquidation Dated May 9, 2014 (the "Plan").

4. As indicated in the Debtor's "Post-Confirmation Status Report" which was filed in this case on September 15, 2014 (Doc. 152)(the "Report"), the Debtor made an initial distribution to creditors on July 14, 2014 when the Plan became effective. The Debtor expects to make a second and final distribution to creditors on Monday, September 22, 2014. The Plan, which was a plan of liquidation, has been substantially consummated.

5. Federal Rule of Bankruptcy Procedure 3022 provides: "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."

6. The Debtor liquidated most of the estate's property which consisted of accounts receivable prior to the confirmation of the Plan. After confirmation, the Debtor successfully collected those few remaining accounts receivable which were collectable (including both of the small receivables which were referred to in the Report, which were received on Sept. 17, 2014). The Debtor's estate has been fully administered and the Debtor has no further need for the Court's protection or the beneficial provisions of the Bankruptcy Code.

7. The Debtor has prepaid its liability to the US Trustee (for quarterly fees) in full, through the third quarter of 2014.

WHEREFORE, Chicago Construction Specialties, Inc., Debtor and Debtor In Possession, prays for the entry of a final decree in this case, and for such further and additional relief as the Court deems just.

Dated: September 17, 2014                CHICAGO CONSTRUCTION SPECIALTIES,
                                         INC., Debtor and Debtor In Possession


                                         By:   /s/ Bruce Dopke
                                                General bankruptcy counsel for the Debtor

Bruce Dopke
P.O. Box 681246
Schaumburg, IL 60168-1246
Tel:   847-524-4811
Fax:   847-524-4131
email: bruce@dopkelaw.com
ARDC: 3127052