UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-31265 |
| Chicago Construction Specialties, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

**Final Decree**

    This matter was heard on the "Debtor's Motion For Entry Of A Final Decree" (the "Motion"), and the Court, having considered the record in this case, the pleadings on file and the statements of counsel in support of their respective positions, due notice having been given, and it appearing from the Motion and the Report filed by the Debtor on September 15, 2014 (Doc. 152) that the Debtor's Plan of Liquidation Dated May 9, 2014 which the Court confirmed on June 20, 2014 has been substantially consummated, and that the Debtor's estate has been fully administered, and being advised in the premises:

  IT IS ORDERED:

  1. The Motion is granted as provided herein.

  2. The Clerk is authorized to close this case.

  3. Under the circumstances, further notice to creditors of the entry of this Final Decree is not required.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: September 24, 2014

**Prepared by:**

Bruce Dopke
P.O. Box 681246
Schaumburg, IL 60168-1246
Tel: 847-524-4811
Fax: 847-524-4131
email: bruce@dopkelaw.com
ARDC: 3127052